UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JERRY PETERMAN, et al., <br><br> *Defendants*. | Civil Action No. 1:20CV613 <br><br> **JOINT MOTION FOR ENTRY OF PROPOSED TEMPORARY RESTRAINING ORDER** |

Plaintiffs and Defendants have reached an agreement regarding Plaintiffs' Motion for a Temporary Restraining Order (DE 2). Pursuant to that agreement, the parties have agreed to entry of a Consent Temporary Restraining Order on the terms provided in the attached Exhibit A. The parties respectfully move the Court for entry of the proposed Consent Temporary Restraining Order.

On July 2, 2020, Plaintiffs filed this case challenging Art. VI, Sections 18-172, 18-174 through 181 of Graham, North Carolina's Code of Ordinances (hereinafter "the Ordinance") and other of Defendants' policies and practices that restrict protected speech.

On July 3, 2020, Plaintiffs sought a temporary restraining order enjoining enforcement of the Ordinance because it is: (1) a content-based restriction that cannot survive strict scrutiny; (2) an impermissible prior restraint on speech; (3) not a reasonable time, place, and manner restrictions, and (4) void for vagueness under the Due Process

1

Clause.

Defendants Jerry Peterman, Chip Turner, Melody Wiggins, Jennifer Talley, Ricky Hall, Frankie Maness, and Jeffrey Prichard ("Graham Defendants") filed a response stating that they do not oppose the entry of a temporary restraining order restraining them and their agents from enforcing the existing Ordinance pending further orders of this Court (DE 9). Defendant Terry S. Johnson has also agreed to entry of an Order similarly restraining him and his agents while this Court adjudicates Plaintiffs' claims.

The parties have therefore agreed to a Consent Temporary Restraining Order, the terms of which cover the following:

1. The existing Ordinance shall have no force or effect pending further orders of the Court.
2. The Graham Defendants and Mr. Johnson are restrained from enforcing the existing Ordinance.
3. The bond requirement under Rule 65(c) is waived.
4. The Court will continue to review Plaintiffs' Motion for Preliminary Injunction and will set a hearing prior to the expiration of the Consent Temporary Restraining Order as it deems appropriate.

The proposed Consent Temporary Restraining Order adequately addresses the claims raised in Plaintiffs' Motion for a Temporary Restraining Order and is squarely in the public interest. Additionally, entry of the proposed Consent Temporary Restraining Order obviates the need for a hearing on the motion and conserves judicial resources.

Respectfully submitted,                                      Dated: July 5, 2020

/s/ Kristi L. Graunke
  Kristi L. Graunke                                Vera Eidelman
  North Carolina Bar No. 51216                     New York Bar No. 5646088
  kgraunke@acluofnc.org                            veidelman@aclu.org
  Daniel K. Siegel                                 Emerson Sykes
  North Carolina Bar No. 46397                     New York Bar No. 5020078
  dsiegel@acluofnc.org                             esykes@aclu.org
  ACLU of North Carolina                           ACLU Foundation
  P. O. Box 28004                                  125 Broad Street, 18th Floor
  Raleigh, NC 27611-8004                           New York, NY 10004
  Tel: 919-834-3466                                Tel: 212-549-2500

/s/ Elizabeth Haddix                                         /s/ C. Scott Holmes
Elizabeth Haddix                                             C. Scott Holmes
North Carolina Bar No. 25818                                 Lockamy Law Firm
ehaddix@lawyerscommittee.org                                 North Carolina State Bar No. 25569
Mark Dorosin                                                 scott.holmes@lockamylaw.com
North Carolina Bar No. 20935                                 3130 Hope Valley Road
mdorosin@lawyerscommittee.org                                Durham, North Carolina 27707
Lawyers' Committee for Civil Rights Under Law                Tel: 919-401-5913
P.O. Box 956
Carrboro, NC 27510
Tel. 919-914-6106

                                                        *Counsel for Plaintiffs*

/s/ Jay H. Ferguson                                          /s/ Robert M. Ward
N.C.S.B. No. 16624                                           N.C.S.B. No. 4556
Thomas, Ferguson & Beskind, LLP                              Ward and Coleman
119 East Main Street                                         P. O. Box 1683
Durham, NC 27701                                             Burlington, NC 27216
(919) 682-5648                                               (336) 214-1285
ferguson@tfblawyers.com                                      rward42@triad.rr.com

*Counsel for Graham Defendants: Jerry Peterman, Frankie Maness, Chip Turner, Melody Wiggins, Jennifer Talley, Ricky Hall and Jeffrey Prichard*

/s/ William Hill
Frazier Hill & Fury
P.O. Drawer 1559
Greensboro, NC 27402
(336) 378-9411
whill@frazierlawnc.com

*Attorney for Defendants Hagood and Johnson*

# CERTIFICATE OF SERVICE

I certify that on July 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and e-mailed true copies of this motion and attachments to the following:

Robert M. Ward, Graham City Attorney

rward42@triad.rr.com,

J. Bryan Coleman, Graham City Attorney

jbryancoleman@triad.twcbc.com

Jay Ferguson, *Counsel for Graham Defendants*

ferguson@tfblawyers.com

William Hill, *Counsel for Defendants Johnson and Haygood*

whill@frazierlawnc.com

Ben Pierce, Alamance County Attorney

Ben.Pierce@alamance-nc.com

Clyde B. Albright, Alamance County Attorney

clyde.albright@alamance-nc.com

s/ Kristi Graunke<br>
*Counsel for Plaintiffs*