# Exhibit 1

# AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF GRAHAM, REPEALING ARTICLE VI. - PARADE OR DEMONSTRATION PERMIT OF THE CODE OF ORDINANCES OF THE CITY OF GRAHAM, NORTH CAROLINA

The City Council of the City of Graham, North Carolina, does ORDAIN:

**Sec. 1.** That ARTICLE VI. - PARADE OR DEMONSTRATION PERMIT of the Code of Ordinances, City of Graham, North Carolina, is hereby repealed.

**Sec. 2.** That this Ordinance shall be in full force and effect from and after its passage.

This the 14 day of July, 2020.

_____
Mayor

ATTEST:

_____
City Clerk

## CERTIFICATION BY RECORDING OFFICER

The undersigned duly qualified and acting City Clerk of the City of Graham does hereby certify: That the above/attached resolution is a true and correct copy of the resolution authorizing the filing of an application with the State of North Carolina, as regularly adopted at a legally convened meeting of the Graham City Council duly held on the 14th day of July, 2020; and, further, that such resolution has been fully recorded in the journal of proceedings and records in my office.

IN WITNESS WHEREOF, I have hereunto set my hand this 14th day of July, 2020.

_____
City Clerk