# Exhibit 2

cityofgraham.com

# For Immediate Release – City of Graham, NC

1 minute

Mayor Peterman has issued a Declaration of a State of Emergency (May 31, 2020) due to the potential for damage or injury, due to civil unrest. The area shall be and extend to the corporate limits of the City of Graham.

**In summary…**
Restricted Access: It shall be unlawful to disobey any barriers, warning signs or other structures that restrict vehicular or pedestrian travel due to road closure, detours, hazards, etc.

Furthermore, this declaration denies or restricts access to areas, streets, highways or locations within the City in which that restriction or denial of access or use is reasonably necessary to promote efforts being made to overcome the emergency or to prevent further aggravation of the emergency.