# Exhibit 3

[cityofgraham.com](cityofgraham.com)

# City of Graham Curfew 9p.m. – City of Graham, NC

1-2 minutes

**UPDATE**: City of Graham update to the State of Emergency Declaration The following limitations in the conduct of citizens & visitors of the City are hereby imposed:

1) A curfew of 9 p.m. with the exception of Public Safety personnel, Doctors, Nurses and such other classes of persons as may be essential to the preservation of public order and immediately necessary to serve safety, health and welfare needs of the people within the City;

2. a prohibition against travel to or within the Fire Limits as prescribed in Section 6-31 of the City of Graham Code of Ordinances;

3. a prohibition against the possession, transportation, sale, purchase, and consumption of alcoholic beverages away from one's own premises;

4. a prohibition against the use of dangerous weapons and substances unless permitted or exempted by Section 2-54(4) of the City of Graham Code of Ordinances or application General Statute.