# Exhibit 10



Jobs

Bids & RFPs

Search …

# SOE – RESCINDED



Mayor Jerry Peterman has **rescinded** the Declaration of the State of Emergency initiating the curfew for the City of Graham (June 22, 2020).