# Exhibit 12



12:16

**Alamance County Sheriff's Office**
14 mins



INFORMATION RELEASE

June 26, 2020
Graham, NC-

This is to advise that effective June 26, 2020, no permits to protest in the city of Graham, NC to include the Alamance County Courthouse have been granted, nor will be granted for the foreseeable future.

Any group(s) attempting to protest without a permit, will be in violation and subject to arrest.

👍 Like   💬 Comment   ➤ Share