# Exhibit 14



# AMENDED DECLARATION OF A STATE OF EMERGENCY BY THE MAYOR OF THE CITY OF GRAHAM

### Section 1.
On June 25, 2020 I declared that a state of emergency exists as defined in N.C.G.S § 166A-19.3(6), N.C.G.S § 166A-19.3(19) and Sec. 2-52 of the City of Graham Code of Ordinances due to the potential for widespread or severe damage, injury, loss of life or property due to civil unrest. That order is hereby amended as follows:

### Section 2.
The emergency area shall be and extend to the corporate limits of the City of Graham.

### Section 3.
The following limitations in the conduct of citizens and visitors of the City are hereby imposed:
- A curfew of 8:00pm with the exception of police officers, firefighters, doctors, nurses and such other classes of persons as may be essential to the preservation of public order and immediately necessary to serve the safety, health and welfare needs of the people within the City citizens traveling to or from places of employment;
- a prohibition against the use of dangerous weapons and substances unless permitted or exempted by Section 2-54(4) of the City of Graham Code of Ordinances or applicable General Statute;
- A temporary suspension of the issuance of parade and demonstration based on a clear and imminent threat to public safety.

### Section 4.
I hereby order all City officials, Law Enforcement Officers and all other emergency management personnel to cooperate in the implementation of the provisions of this Declaration, all applicable local ordinances, State and Federal laws, and the Alamance County Emergency Operations Plan.

### Section 5.
I direct the City Manager or his designee, to seek assistance and mutual aid from agencies of the United States Government, the State of North Carolina, and other local governments to ensure adequate response and compliance with this state of emergency and (b) authorize the Chief of Police and his subordinates, to deny or restrict access to areas, streets, highways or locations within the City in which that restriction or denial of access or use is reasonably necessary to promote efforts being made to overcome the emergency or to prevent further aggravation of the emergency.

### Section 6.
I hereby order this Declaration: (a) to be distributed to the news media and other organizations calculated to bring its contents to the attention of the general public; (b) unless the circumstances of the state of emergency prevent or impede, to be promptly filed with the clerk of court; and (c) to be distributed to others as necessary to assure proper implementation of this declaration.

### Section 7.
This amended Declaration is effective immediately and shall remain in effect until rescinded.

IN WITNESS WHEREOF, I have hereunto signed my name and affixed the Seal of the City of Graham, in the City of Graham, this 27 day of June, 2020.

Jerry Peterman
Mayor

ATTEST:
May K. Cole