# Exhibit 15

# City of Graham Police Department

216 South Maple Street
PO Box 357
Graham, NC 27253
(336) 570-6711



Jeffrey Prichard, Chief
Jprichard@cityofgraham.com

www.cityofgraham.com/police

## Graham Police Department Media Release

| For Immediate Release | Contact: | Lieutenant Daniel Sisk, PIO |
|---|---|---|
| Date: 06/27/2020 | | dsisk@cityofgraham.com |
| | | (336) 570-6711 / (336) 639-0634 |

Graham Police Department has been receiving viable intelligence about a large group of individuals demonstrating at the historic courthouse located at courtsquare on 06/27/2020. A peaceful protest was planned for this date but a permit was denied. The coordinators of that event have since canceled their planned event. However, we found that another group of people were planning to come that were unrelated to the original group. The intel we received showed that the group had been involved with other protests in the state that had turned violent. In response to this potential threat we upstaffed to prepare for the large crowd and requested mutual aid from multiple agencies. The mayor also amended the current state of emergency to include a temporary suspension of the issuance of parade and demonstration permits due to the clear and imminent threat to public safety. I have attached the amended State of Emergency declaration with the amendments listed in section 3, bullet 3. As of the time of this report we have had one person arrested for Resist Delay obstruct and failure to disperse. This is an ongoing event and I will provide updates as I get them. If you have any questions contact the agency PIO with the above contact information.