# Exhibit 16



# GRAHAM
NORTH CAROLINA

## DECLARATION OF A STATE OF EMERGENCY BY THE MAYOR OF THE CITY OF GRAHAM

### Section 1.
I, in accordance with N.C.G.S. 166A-19.3(19), find and declare that a state of emergency exists as defined in N.C.G.S. 166A-19.3(6) and Sec. 2-52 of the City of Graham Code of Ordinances due to an imminent threat of widespread or severe damage, injury, loss of life as may result from the causes set forth in NCGS 166A-19.3(6).

### Section 2.
The emergency area shall be and extend to the Fire Limits as prescribed in Section 6-31 of the City of Graham Code of Ordinances. More particularly described as: Beginning at West Market Street on North Main, thence west on the south side of Market Street to the intersection of West Market and North Maple Streets, thence south on the east side of Maple Street to the intersection of South Maple and West Pine Streets, thence east on the north side of Pine Street to the intersection of South Marshall and East Pine Streets, thence north on the west side of Marshall Street to the intersection of North Marshall and East Market Streets, thence west on the south side of East Market Street to North Main Street, the point of beginning.

### Section 3.
The following limitations in the conduct of citizens and visitors of the City are hereby imposed within the emergency area:
- **Restricted Access:** It shall be unlawful to disobey any barriers, warning signs or other structures that restrict vehicular or pedestrian travel due to road closure, detours and/or hazardous conditions;
- **Prohibition Against the Use of Weapons and Substances**: It shall be unlawful to use dangerous weapons and substances as those terms are defined in N.C.G.S. 14-288.1 unless permitted or exempted by Section 2-54(4) of the City of Graham Code of Ordinances or applicable General Statute.

### Section 4.
I hereby order all City officials, Law Enforcement Officers and all other emergency management personnel to cooperate in the implementation of the provisions of this Declaration, all applicable local ordinances, State and Federal laws, and the Alamance County Emergency Operations Plan.

### Section 5.
I direct the City Manager or his designee, to seek assistance and mutual aid from agencies of the United States Government, the State of North Carolina, and other local governments to ensure adequate response and compliance with this state of emergency and (b) authorize the Chief of Police and his subordinates, to deny or restrict access to areas, streets, highways or locations within the City in which that restriction or denial of access or use is reasonably necessary to promote efforts being made to overcome the emergency or to prevent further aggravation of the emergency.

### Section 6.
I hereby order this Declaration: (a) to be distributed to the news media and other organizations calculated to bring its contents to the attention of the general public; (b) unless the circumstances of the state of emergency prevent or impede, to be promptly filed with the clerk of court (c) to be electronically published to the Department of Public Safety's WebEOC critical incident management system; and (d) to be to be posted on the City of Graham webpage.

### Section 7.
This Declaration is effective immediately and shall remain in effect until rescinded.

IN WITNESS WHEREOF, I have hereunto signed my name and affixed the Seal of the City of Graham, in the City of Graham, this 10th day of July, 2020.

Jerry Peterman
Mayor

ATTEST: