**From:** Paul Cobb <Paul.Cobb@alamance-nc.com>
**Sent:** Wednesday, June 24, 2020 4:57 PM
**To:** Cliff Parker <cliff.parker@alamance-nc.com>; Shelton Brown <Shelton.Brown@alamance-nc.com>; Jackie Fortner <Jackie.Fortner@alamance-nc.com>; Travis Hackney <Travis.Hackney@alamance-nc.com>; David Sykes <David.Sykes@alamance-nc.com>; Curtis Morris <Curtis.Morris@alamance-nc.com>; Scott Gaither <Adam.Gaither@alamance-nc.com>; Mark Dockery <Mark.Dockery@alamance-nc.com>
**Cc:** Schoonmaker, Ashley <ASchoonmaker@ncsbi.gov>; Fox, Terrence <TFox@ncsbi.gov>
**Subject:** Vacation Protest / Civil Disturbance Contacts

All,

As you are aware I will be on vacation from June 26th through July 7th . Two from the fusion center have agreed to assist me while I am out to provide you information and keep an "eye" on things. They are Intelligence Analyst, Ashley Schoonmaker, and a Special Agent, Terrence Fox. They have agreed to be your point of contact with the times as they are. Hopefully we will have a peaceful next week or so but in the event that you have a question or need something urgent please contact either Ashley or Terrence.

Stay Safe.

Chip

Special Agent Terrence Fox
Cell – 336-447-5180
Email – tfox@ncsbi.gov

Intelligence Analyst Ashley Schoonmaker

Cell – 336-417-2118
Email – aschoonmaker@ncsbi.gov

SERGEANT P. E. "CHIP" COBB, III
ALAMANCE COUNTY SHERIFF'S OFFICE
TFO / NCISAAC
CELL 336-534-1954



*The information contained in this e-mail is law enforcement sensitive and intended for official use only by agencies participating within the meaning of 28 C.F.R. Part 23. Thereby, this email and its contents are regarded as a record of criminal intelligence information exempt from public access or review under* **N.C. Gen. Stat. § 132-1.4. Please contact NC ISAAC 919-716-1111 before further disclosure.**

Case 1:20-cv-00613-CCE-LPA   Document 52-1   Filed 07/30/20   Page 2 of 11



**From:** Schoonmaker, Ashley
**Sent:** Saturday, June 27, 2020 4:47 PM
**To:** Paul Cobb <Paul.Cobb@alamance-nc.com>; Cliff Parker <cliff.parker@alamance-nc.com>; Shelton Brown <Shelton.Brown@alamance-nc.com>; Jackie Fortner <Jackie.Fortner@alamance-nc.com>; Travis Hackney <Travis.Hackney@alamance-nc.com>; David Sykes <David.Sykes@alamance-nc.com>; Curtis Morris <Curtis.Morris@alamance-nc.com>; Scott Gaither <Adam.Gaither@alamance-nc.com>; Mark Dockery <Mark.Dockery@alamance-nc.com>; Duane Flood <dflood@cityofgraham.com>; Twright@burlingtonnc.gov; Blong@burlingtonnc.gov
**Cc:** Fox, Terrence <tfox@ncsbi.gov>; Neil, Brian <BNeil@ncsbi.gov>
**Subject:** RE: Vacation Protest / Civil Disturbance Contacts

2

Good afternoon, I have been monitoring the event with communication with the EOC. Here is the recent chatter that is occuring. Also, the previous email threat included a screenshot of an image from a facebook account by ██████████ That account has been identified as belonging to ██████████████████████ A full workup was completed on the subject and was passed on.



Case 1:20-cv-00613-CCE-LPA   Document 52-1   Filed 07/30/20   Page 4 of 11



**Post**

This statue will never be removed! And get your facts straight, there was not a deputy in that car. This statue is monitored another way. Go ahead and try to take it down, you will see all of the fine Rednecks come out of the woods then.

2h   Like   Reply                                         1 😆

as to your redneck out of the wood comment,let em come.this generation ain't scared like our ancestors

2h   Like   Reply

we can and will be there if y'all try something

2h   Like   Reply                                         1 😆

just because you come out doesn't mean you'll make it back

1h   Like   Reply                                         1 👍

Write a comment...                            GIF   ☺



**Comments**          Done

👍😆 2

Man they scared
1h   Like   Reply

Graham population of human
beings: 15,646 (or around
16,000)

Graham population of white
power statues: 1

Graham police officers: 32

33m   Like   Reply

Write a comment...

‹    **OFFICIAL ALAMANC...**    Q    •••



New Activity      Sort

•••

5h · 🔳

We posted the info on this March on court square for June 11th for a reason. This is it folks.......this is the last stand. We draw a line in Alamance county and they go no further,..... we either show up in HUGE numbers to support our history and our sheriff....or we just gonna let them have it? What's it gonna be?

👍 15       59 Comments   Seen by 91

👍 Like         💬 Comment

•••

10h · 🔳

Mask mandate is going so well the Democrat Sheriff of Guilford County (light colored shirt) would not even wear one Saturday while he was helping deface public property downtown Greensboro by painting the street. Love the gangbanger style photo.



They are there in their
military get ups and gear -
camouflage for downtown
Graham - but do you think
they're going to really blast
away into a crowd of
peaceful protesters?

I think they would find
themselves quite perplexed
what to do.

So maybe in panic or fear
and inexperience maybe
some of them would fire
into an unarmed crowd.
That's what keeps people at
bay - the fear of armed
police murdering unarmed
protesters.

36m   Like   Reply

Write a comment...

Comments          Done

This pic makes me wonder
what are the numbers of peace
loving citizens required to
peacefully overwhelm a couple
dozen police?

What are they going to do,
shoot into an unarmed crowd
that's peacefully approaching
a statue?

40m   Like   Reply

Even say you don't
approach the statue,
beyond a point, but just fill
the court square with so
many people that nobody
can get in or out of there
and just sit and wait. Have a
sit in.

30m   Like   Reply

Write a comment...



■■■■■■■ 12 hrs · 🌐

This is it...Not sure. What's going to happen now??

TRIAD-CITY-BEAT.COM
**BREAKING: Federal judge orders Graham to suspend enforcement of its restrictive protest ordinance | The NC...**

😠😔 5                                    4 Comments

👍 Like          💬 Comment          ↗ Share

■■■■■■■ Well now is the time to shine, and show that they can peacefully protest and not resort to tearing shit up.

Like · Reply · 12h                          👍 2

■■■■■■■ Well shoot first ask questions later works for me if the POLICE can't do shit.. Fuck the judges too

Like · Reply · 11h                          👍 2

■■■■■■■



▸ OFFICIAL
ALAMANCE COUNTY
MONUMENT RESPONSE GROUP
6h ·

Can we bring our rifles
4h   Like   Reply

its a free country,
you can bring what ever. I would
say a side arm would be plenty. It
won't matter what you bring or
wear......you still gonna be
labeled.
3h   Like   Reply

Write a reply...

We need numbers too!
3h   Like   Reply

yes we do, bring
friends.
3h   Like   Reply

Write a reply...

Write a comment...



1:59

‹ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ shared her first post.
New Member · Yesterday at 6:37 PM ·

is going to happen to them

Like · Reply

▮▮▮
▮▮▮▮▮▮▮▮k
I'm going to follow them when they leave
and see what they go find out where they
free country boys are going to hunt tonight
Like · Reply

▮▮▮
▮▮▮▮▮▮▮▮
We don't play games
Like · Reply

▮▮▮
Antifa applying for protest permit for
Saturday.
Like · Reply

▮▮
Mike Powers it needs to be stop Im sick
of the statue been taken down and the
law stand back not doing nothing about
it.
Like · Reply

Write a reply...

Write a comment...