

# Alamance County Sheriff's Office

Terry S. Johnson
Sheriff

Cliff Parker
Chief Deputy

Shelton Brown
Major

Steve Young
Major

Jackie Fortner
Major

Protest Timeline

5/7/20 Re Open NC Protest

5/31/20 Floyd Civil Unrest

6/1/20 BLM Protest

6/2/20 BLM Protest

6/3/20 BLM Protest

6/5/20 BLM Protest

6/8/20 Unity March in Graham

6/15/20 Board of Commissioners Protest

6/19/20 Walk for Equality Protest

6/25/20 Protest – State of Emergency Curfew

6/27/20 Protest – State of Emergency, curfew, two arrests

6/28/20 BLM Protest – two arrests

7/1/20 BLM Protest

7/2/20 BLM Protest

7/9/20 Elon Students Protest at ACSO

7/11/20 Justice 4 The Next Generation – four arrests

7/20/20 Board of Commissioner's Protest – caused disruption to the meeting

7/25/20 One Voice One Movement – four arrests

7/29/20 BLM Protest – attempted to rush single Deputy at the monument

All of these have caused a huge drain on manpower, including calling personnel from other agencies, and keeping security at the Historic Courthouse 24 hours a day.

Address
109 S Maple St
Graham, NC 27253

Phone Number
(336) 570-6300

Fax Number
(336) 227-0614

Website
alamance-nc.com/sheriff

1.7

EXHIBIT 1