

# TERMINATION OF A STATE OF EMERGENCY

**WHEREAS**, on July 10, 2020, as Mayor of the City of Graham, I determined and declared that a State of Emergency existed within the City.

**WHEREAS**, I have determined that the conditions constituting a state of emergency no longer exists in the in the City of Graham.

**NOW, THEREFORE,** I hereby terminate the above referenced declaration of a state of emergency and all the restrictions and orders contained therein effective immediately.

**DECLARED** this the 12 day of July, 2020 at 1:00 pm.

Jerry Peterman
Mayor

ATTEST: