# Miranda Knight

**From:** Ben Pierce <Ben.Pierce@alamance-nc.com>
**Sent:** Thursday, July 30, 2020 11:42 AM
**To:** 'Miranda Knight'
**Subject:** FW: Video edit

Unlisted Youtube Links:

2020 7 25: https://www.youtube.com/watch?v=UOvOHD5gOPk&feature=youtu.be
2020 7 28: https://www.youtube.com/watch?v=fi091YH0smE&feature=youtu.be

