IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-613-CCE-LPA

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
et al.,

        *Plaintiffs*,

  v.

JERRY PETERMAN, et al.,

        *Defendants*.

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS' ACTION AGAINST CITY DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs National Association for the Advancement of Colored People, Alamance Branch, Tamara O. Kersey, Carleen Tenae Turner, Terence Colin Dodd, Destiny Clarke, Nerissa Rivera, Adam Rose, Annie Simpson, and Gregory B. Drumwright hereby voluntarily dismiss all of their claims against Defendants Jerry Peterman, Frankie Maness, Chip Turner, Melody Wiggins, Jennifer Talley, Ricky Hall, and Jeffrey Prichard (collectively, "the City Defendants") with prejudice, pursuant to a settlement agreement reached between Plaintiffs and City Defendants. As part of the settlement, Plaintiffs and City Defendants further stipulate that they will bear their own costs and fees arising from or associated with Plaintiffs' claims against the City Defendants.

1

This dismissal applies only to the City Defendants and does not affect Plaintiffs' claims against the County Defendants. All Plaintiffs continue to assert claims against Defendants Terry S. Johnson, Eddie Boswell, Steve Carter, Bill Lashley, Amy Scott Galey, Tim Sutton, and Bryan Hagood (collectively, "the County Defendants"), including any and all claims for attorneys' fees and costs wholly or partly arising from or associated with Plaintiffs' claims against the County Defendants, as set forth in Plaintiffs' First Amended Complaint (DE 27).

Voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1) is appropriate because Plaintiffs and City Defendants agree and stipulate to this dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs accordingly file this stipulation voluntarily dismissing all of their claims against the City Defendants only.

Respectfully submitted this 13th day of October 2020,

/s/ Kristi L. Graunke

| | |
|---|---|
| Kristi L. Graunke | Vera Eidelman |
| North Carolina Bar No. 51216 | New York Bar No. 5646088 |
| kgraunke@acluofnc.org | veidelman@aclu.org |
| Daniel K. Siegel | Emerson Sykes |
| North Carolina Bar No. 46397 | New York Bar No. 5020078 |
| dsiegel@acluofnc.org | esykes@aclu.org |
| ACLU of North Carolina | ACLU Foundation |
| P. O. Box 28004 | 125 Broad Street, 18th Floor |
| Raleigh, NC 27611-8004 | New York, NY 10004 |
| Tel: 919-834-3466 | Tel: 212-549-2500 |

2

Elizabeth Haddix
North Carolina Bar No. 25818
ehaddix@lawyerscommittee.org
Mark Dorosin
North Carolina Bar No. 20935
mdorosin@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
P.O. Box 956
Carrboro, NC 27510
Tel. 919-914-6106

C. Scott Holmes
Lockamy Law Firm
North Carolina State Bar No. 25569
scott.holmes@lockamylaw.com
3130 Hope Valley Road
Durham, North Carolina 27707
Tel: 919-401-5913

*Counsel for Plaintiffs*


/s/ Anthony J. Biller
Anthony J. Biller
Adam Best
Michael Best & Friedrich LLP
2501 Blue Ridge Rd., Suite 390
Raleigh, NC 27607

*Counsel for City Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to all counsel of record.

s/ Kristi Graunke
*Counsel for Plaintiffs*
