# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

National Association for the Advancement
of Colored People, et al

    v.                                    Case Number:    1:20CV00613

Jerry Peterman, et al

## NOTICE OF RESCHEDULING

**Take notice** that the above-entitled case set for **Initial Pretrial Conference** on December 28, 2020 at 9:30 a.m. in Greensboro, N.C., **has been <u>rescheduled</u>** until **December 14, 2020 at 9:30 a.m. in Greensboro, N.C.**, Courtroom No. 1A.

---

John S. Brubaker, Clerk

By:  <u>/s/ Kimberly Garrett</u>, Deputy Clerk

Date:  November 24, 2020

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD