# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al. | ) ) ) ) | **ORDER APPOINTING MEDIATOR** |
| vs. | ) ) | |
| JERRY PETERMAN, et al. | ) | 1:20CV613 |

It appearing to the Court that counsel for the parties have selected THOMAS C. DUNCAN, Esquire, by agreement, as their mediator;

IT IS ORDERED, pursuant to Local Rule 83.9d(a), that THOMAS C. DUNCAN, is appointed mediator in the above-entitled action.

IT IS FURTHER ORDERED, pursuant to Local Rule 83.9e(b), that the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the Clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties and to the mediator.

This, the 10th day of December, 2020.

                                                /s/ John S. Brubaker
                                                John S. Brubaker
                                                Clerk, U. S. District Court