IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JERRY PETERMAN, et al., <br><br> *Defendants*. | Civil Action No. 1:20CV613 <br><br> **JOINT MOTION FOR ENTRY OF CONSENT ORDER** |

All remaining parties[1] in this matter—Plaintiffs Alamance County Branch of the National Association for the Advancement of Colored People, Tamara O. Kersey, Carleen Tenae Turner, Terence Colin Dodd, Destiny Clarke, Annie Simpson, Nerissa Rivera, Adam Rose, and Gregory Drumwright, and Defendants Terry S. Johnson, Pamela Thompson, Steve Carter, Bill Lashley, Jr., Craig Turner, Jr., John Paisley, and Bryan Hagood[2] —jointly move the Court to enter the Consent Order attached to this Motion, which was negotiated as a settlement by the parties, as the Court's final order and judgment in this case.

---

[1] Plaintiffs have previously settled claims asserted in this case against Defendants Jerry Peterman, Frankie Maness, Chip Turner, Melody Wiggins, Jennifer Talley, Ricky Hall, and Jeffrey Prichard. *See* DE 68.

[2] Various changes to the County Board of Commissioners have occurred since this lawsuit was filed. Accordingly, pursuant to Fed. R. Civ. P. 25(d), Bill Lashley, Jr., John Paisley, Pamela Thompson, and Craig Turner, Jr. are substituted for Defendants Bill Lashley, Amy Scott Galey, Tim Sutton, and Eddie Boswell.

Respectfully submitted, this 16th day of April, 2021.

| | |
|---|---|
| /s/ Kristi L. Graunke<br>Kristi L. Graunke<br>North Carolina Bar No. 51216<br>kgraunke@acluofnc.org<br>Daniel K. Siegel<br>North Carolina Bar No. 46397<br>dsiegel@acluofnc.org<br>ACLU of North Carolina<br>P. O. Box 28004<br>Raleigh, NC  27611-8004<br>Tel: 919-354-5066 | Vera Eidelman<br>New York Bar No. 5646088<br>veidelman@aclu.org<br>Emerson Sykes<br>New York Bar No. 5020078<br>esykes@aclu.org<br>ACLU Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: 212-549-2500 |
| /s/ Elizabeth Haddix<br>Elizabeth Haddix<br>North Carolina Bar No. 25818<br>ehaddix@lawyerscommittee.org<br>Mark Dorosin<br>North Carolina Bar No. 20935<br>mdorosin@lawyerscommittee.org<br>Lawyers' Committee for Civil Rights Under Law<br>P.O. Box 956<br>Carrboro, NC 27510<br>Tel. 919-914-6106 | /s/ C. Scott Holmes<br>C. Scott Holmes<br>Lockamy Law Firm<br>North Carolina State Bar No. 25569<br>scott.holmes@lockamylaw.com<br>3130 Hope Valley Road<br>Durham, North Carolina 27707<br>Tel: 919-401-5913 |

*Counsel for Plaintiffs*

| | |
|---|---|
| /s/ William L. Hill<br>William L. Hill (NCSB #21095)<br>FRAZIER, HILL & FURY, R.L.L.P.<br>2307 W. Cone Boulevard, Suite 260<br>Post Office Drawer 1559<br>Greensboro, North Carolina 27401<br>Telephone: (336) 378-9411<br>Facsimile: (336) 274-7358<br>whill@frazierlawnc.com | /s/Clyde B. Albright<br>Clyde B. Albright (NCSB #10778)<br>ALAMANCE COUNTY ATTORNEY<br>124 West Elm Street<br>Graham, NC 27253<br>(336) 570-4046 (voice)<br>Clyde.Albright@alamance-nc.com |

*Counsel for Alamance Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will provide notice to all counsel of record.

/s/ Kristi L. Graunke
*Counsel for Plaintiffs*