| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20CV613 |
|---|---|
| Name of Plaintiff(s): National Assoc For The Advancement of Colored People et al. **VERSUS** Name of Defendant(s): Jerry Peterman, et al  Mediator Name: Thomas C. Duncan Telephone No.: 336.274.1843 E-Mail Address: tduncan@duncanmediation.com | REPORT OF MEDIATOR  *(For Placement on the CM/ECF Docket)*  ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☐ was held on _____ (date)

   ☒ was NOT held because _Settled prior to mediation_

2. **Attendance**

   ☐ No Objection was made on the grounds that any required attendee was absent.

   ☐ Objection was made by _____

3. **Outcome**

   ☒ Complete settlement of the case

   ☐ Conditional settlement or other disposition

   ☐ Partial settlement of the case

   ☐ Recess (i.e., mediation to be resumed at a later date)

   ☐ Impasse

   ☐ Additional Information: _____

4. **Settlement Filings**

   a) The document(s) to be filed to effort the settlement are _a joint motion for entry of a consent order, supporting brief and attached consent order_

   b) The person responsible for filing the document(s) is _plaintiffs counsel_

   c) The agreed deadline for filing the document(s) is _4/23/21_

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____      _4/15/21_
Mediator Signature                                   Date