IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ALAMANCE COUNTY BRANCH, et al. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 1:20-CV-613 |
| v. | ) ) | |
| JERRY PETERMAN, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a joint motion by Plaintiffs and Alamance County Defendants seeking an extension of the deadline for Plaintiffs to file a motion for the award of attorneys' fees. The parties have shown good cause, and the motion is therefore **GRANTED**. Plaintiffs shall have up to and including June 28, 2021 to file a motion for fees if the parties are unable to reach settlement regarding fees.

**ORDERED** this 21st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE