**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-613-CCE-LPA**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,** | |
| *Plaintiffs,* | **NOTICE OF SETTLEMENT** |
| **v.** | |
| **JERRY PETERMAN, et al.,** | |
| *Defendants.* | |

Pursuant to Local Civil Rule 83.3, Plaintiffs and the defendants officially associated with Alamance County ("the Alamance Defendants") hereby give notice that they have settled Plaintiffs' claims to attorney's fees and costs associated with this matter. Counsel for the Alamance Defendants agree that the funds will be forwarded to Plaintiffs' counsel within 14 days of the filing of this Notice.

Respectfully submitted this 28th day of June, 2021 by:

[*Signatures on following page*]

1

/s/ Kristi L. Graunke
Kristi L. Graunke
North Carolina Bar No. 51216
kgraunke@acluofnc.org
Daniel K. Siegel
North Carolina Bar No. 46397
dsiegel@acluofnc.org
ACLU of North Carolina Legal Foundation
P. O. Box 28004
Raleigh, NC  27611-8004
Tel: 919-354-5066


Elizabeth Haddix
North Carolina Bar No. 25818
ehaddix@lawyerscommittee.org
Mark Dorosin
North Carolina Bar No. 20935
mdorosin@lawyerscommittee.org
Lawyers' Committee for Civil
Rights Under Law
P.O. Box 956
Carrboro, NC 27510
Tel. 919-914-6106

Vera Eidelman
New York Bar No. 5646088
veidelman@aclu.org
Emerson Sykes
New York Bar No. 5020078
esykes@aclu.org
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-549-2500


C. Scott Holmes
Lockamy Law Firm
North Carolina State Bar No. 25569
scott.holmes@lockamylaw.com
3130 Hope Valley Road
Durham, North Carolina 27707
Tel: 919-401-5913

*Counsel for Plaintiffs*

/s/ William L. Hill
William L. Hill (NCSB #21095)
FRAZIER, HILL & FURY,
R.L.L.P.
2307 W. Cone Boulevard, Suite
260 Post Office Drawer 1559
Greensboro, North Carolina 27401
Telephone: (336) 378-9411
Facsimile: (336) 274-7358
whill@frazierlawnc.com

Clyde B. Albright (NCSB
#10778) ALAMANCE
COUNTY ATTORNEY
124 West Elm Street
Graham, NC 27253
(336) 570-4046 (voice)
(336) 570-6788 (facsimile)
Clyde.Albright@alamance-
nc.com

*Counsel for Alamance Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will provide notice to all counsel

of record.

/s/ Kristi L. Graunke
*Counsel for Plaintiffs*